# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**LINDA GRAVES**                                                                                    **PLAINTIFF**

**v.**                          **Case No. 2:21-cv-00099-LPR**

**CLEARWATER PAPER CORPORATION**                                          **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice.

IT IS SO ORDERED this 9th day of November 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE